UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAY - 2 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

WYE OAK TECHNOLOGY, INC.,

   Plaintiff,

v.

REPUBLIC OF IRAQ, et al.

   Defendant.

Civil No. 1:10-cv-01182-RCL

[PROPOSED] ORDER [152]

FOR GOOD CAUSE SHOWN, Defendants' Counsel's Motion to (1) Continue Defendants Republic of Iraq ("Iraq") and Ministry of Defense of Republic of Iraq ("MoD") (collectively, "Defendants") Discovery Responses and (2) To Withdraw As Defendants' Counsel of Record Without Substitution is GRANTED. It is hereby

**ORDERED** that Defendants Iraq and MoD shall have ~~an additional 75 days~~, through Friday, May 13, 2016, to respond to Plaintiff's outstanding discovery requests and to obtain substitute counsel for all purposes in this action; and

**FURTHER ORDERED** that Defendants' current counsel of record, the law firm of Maggs & McDermott LLC and attorney Timothy B. Mills and attorney Craig C. Reilly, are granted leave, effective as of the date of this Order, to withdraw as Defendants' counsel of record upon the filing of a Notice of Termination with the Clerk of this Court.

Dated: May 2, 2016

_____
Royce C. Lamberth
Senior United States District Judge