**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| **WYE OAK TECHNOLOGY, INC.,** |
| **Plaintiff,** |
| v. |
| **REPUBLIC OF IRAQ,** |
| **Defendant.** |

**Civil No. 1:10-cv-01182-RCL**

## THIRTEENTH STATUS REPORT

On May 2, 2016, the Court entered an order granting counsel Maggs & McDermott LLC and Craig Reilly (the "Withdrawn Counsel") motion to withdraw as attorneys for Defendants Republic of Iraq ("Iraq") and Ministry of Defense of the Republic of Iraq ("MoD") (collectively, "Defendants") [Dkt. #157] (the "Order"). Accordingly, effective May 2, 2016 Withdrawn Counsel were relieved of the duties of representation of Defendants in this action. (Since May 2, 2016, Withdrawn Counsel have not yet filed the administrative notice of termination in order to provide the Court and Defendants with a communications conduit concerning these proceedings during the pendency of Defendants again providing counsel for this action.)

On June 16, 2017, Plaintiff Wye Oak Technology, Inc. ("Wye Oak"), by motion, asked the Court to convene a status conference to address Wye Oak's request that the Court set a schedule for further proceedings in this Action [Dkt. #164] ( "Plaintiff's Status Conference Motion"). Withdrawn Counsel promptly communicated Plaintiff's Status Conference Motion to Defendants' duly authorized representative within the Government of Iraq. As yet, Defendants have not communicated to Withdrawn Counsel, for communication to the Court, either: (1) a position concerning Plaintiff's Status Conference Motion; or (2) a particular request to Court

with respect to the scheduling or further proceedings in this Action. However, Defendants have communicated to Withdrawn Counsel that the matter of Plaintiff's Status Conference Motion is actively being discussed and considered by the Legal Department of the Ministry of Justice (the Iraqi government office responsible for the management of all foreign litigation in which Iraq and its Ministries are parties, including this action) and that Defendants will be responding.

(Defendants have further communicated to Withdrawn Counsel that some of the delay in responding is attributable to the Iraqi Government being closed for the Eid Al-Fitr religious holiday from Friday, June 23, 2017 through Saturday, July 1, 2017.)

Defendants also have communicated to Withdrawn Counsel that: (a) Defendants have not yet selected counsel for this action but are moving toward doing; and (b) intend to defend against the claims in this action.

Dated: 5th day of July 2017.

By:     /s/ Craig C. Reilly
Craig C. Reilly
D.C. Bar No. 383594
111 Oronoco Street
Alexandria, Virginia 22314
Telephone: (703) 549-5354
Fax: (703) 549-2604
Email: craig.reilly@ccreillylaw.com
*Co-Lead Counsel for Defendant Republic of Iraq*

**MAGGS & MCDERMOTT, LLC**

By:     /s/ Timothy B. Mills
Timothy B. Mills
D.C. Bar No. 425209
910 17th Street, N.W.
Washington, DC 20006
Telephone: (202) 457-8090
Fax: (202) 478-5081
TimothyBMills@aol.com
*Co-Lead Counsel for Defendant Republic of Iraq*

## CERTIFICATE OF SERVICE

   I hereby certify that on the 5th day of July 2017, I electronically transmitted the foregoing paper to the Clerk of the Court using the ECF System for filing, who will transmit a Notice of Electronic Filing to the following ECF registrant counsel for Plaintiff:

| | |
|---|---|
| John H. Quinn Jr.<br>jhq@qrglawfirm.com<br>Quinn, Racusin & Gazzola Chartered<br>1667 K Street N.W., Suite 720<br>Washington , D.C. 20006<br>Telephone: (202) 842-9300<br>Facsimile: (202) 682-0148<br>*Counsel for Plaintiff* | Robert J. Pavich, *Pro Hac Vice*<br>John J. Pavich, *Pro Hac Vice*<br>PAVICH LAW GROUP, P.C.<br>20 S. Clark Street<br>Suite 700<br>Chicago, IL 6063<br>Telephone: (312) 782-8500<br>Facsimile: (312) 853-2187<br>rpavich@pavichlawgroup.com<br>jpavich@pavichlawgroup.com<br>*Co-Counsel for Plaintiff* |
| Charles Allen Foster<br>Whiteford Taylor & Preston LLP<br>1025 Connecticut Avenue, Suite 400<br>Washington, DC 20036<br>Telephone: (202) 689-3153<br>Facsimile: (202) 331-0573<br>Email: cafoster@wtplaw.com<br>*Counsel for Plaintiff* | Eric C. Rowe<br>Whiteford Taylor & Preston LLP<br>1025 Connecticut Avenue, Suite 400<br>Washington, DC 20036<br>Telephone: (202) 659-6787<br>Facsimile: (202) 689-3164<br>erowe@wtplaw.com<br>*Counsel for Plaintiff* |

                 /s/ Craig C. Reilly