**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **WYE OAK TECHNOLOGY, INC.,** | |
| Plaintiff, | |
| v. | Civil No. 1:10-cv-01182-RCL |
| **REPUBLIC OF IRAQ,** | |
| Defendant. | |

**NOTICE RE: (1) WYE OAK EMERGENCY MOTION FOR PRELIMINARY ANTI-SUIT INJUNCTIN [Dkt. #166]; (2) STATUS CONFERENCE ORDER [Dkt. #167]**

1. By order entered May 2, 2016, the Court permitted Maggs & McDermott LLC and Craig Reilly (the "Withdrawn Counsel") leave to withdraw without substitution of counsel upon filing a Notice of Termination [Dkt. # 157]. Accordingly, effective May 2, 2016 Withdrawn Counsel were relieved of the duties of representation of Defendants in this action, and Defendants were directed to have new counsel appear by May 13, 2016. Withdrawn Counsel did not immediately file the administrative Notice of Termination so that they could remain as a communications conduit between the Court, the Plaintiff, and the Defendants and to forward ECF notices to Defendants, until such time as Defendants had new counsel appear in this action. New counsel for Defendants has not yet appeared.

2. On July 5, 2017, Withdrawn Counsel filed a 13th Status Report in this action [Dkt. #165], noting to the Court and to Wye Oak that:

> On June 16, 2017, Plaintiff Wye Oak Technology, Inc. ("Wye Oak"), by motion, asked the Court to convene a status conference to address Wye Oak's request that the Court set a schedule for further proceedings in this Action [Dkt. #164] ( "Plaintiff's Status Conference Motion"). Withdrawn Counsel promptly communicated Plaintiff's Status Conference Motion to Defendants' duly authorized representative within the Government of Iraq. As yet, Defendants have not communicated to Withdrawn Counsel,

for communication to the Court, either: (1) a position concerning Plaintiff's Status Conference Motion; or (2) a particular request to Court with respect to the scheduling or further proceedings in this Action. However, Defendants have communicated to Withdrawn Counsel that the matter of Plaintiff's Status Conference Motion is actively being discussed and considered by the Legal Department of the Ministry of Justice (the Iraqi government office responsible for the management of all foreign litigation in which Iraq and its Ministries are parties, including this action) and that Defendants will be responding.

\*       \*       \*

Defendants also have communicated to Withdrawn Counsel that: (a) Defendants have not yet selected counsel for this action but are moving toward doing [so]; and (b) intend to defend against the claims in this action.

3. As of today (Tuesday, 5 September 2017) Defendants have not communicated to Withdrawn Counsel either: (1) a position concerning Plaintiff's Status Conference Motion; or (2) a particular request to Court with respect to the scheduling or further proceedings in this Action; or (3) Defendants' selection of counsel for this action.

4. At 4:46 p.m. (US Eastern time) on Thursday, August 31, 2017 (that is, 11:46 p.m., Baghdad time – more than 7 hours after the Iraq government offices had closed for the day) Wye Oak filed a motion entitled "Plaintiff's Motion for an Emergency Anti-Suit Injunction and to Quash Iraq's Summons for Lack of Appropriate Process and Jurisdiction" [Dkt. #166] and a supporting Memorandum of Law [Dkt. #166-1] (collectively, "Wye Oak's August 31 Motion Papers").

5. Withdrawn Counsel is informed that all Iraqi government offices were closed as of the business day in Baghdad on Thursday, August 31, 2017, and will remain closed through the beginning of the business day (in Baghdad) on Wednesday, September 6, 2017, because of the national Eid Al-Adha (Moslem Feast of the Sacrifice) religious holiday.

6. On Friday, September 1, 2017, the Court entered an Order [Dkt. #167] setting a Status Conference in the above-captioned case for 10 a.m., Wednesday, September 6, 2017 (the "September 1 Order").

7. Withdrawn Counsel have promptly communicated both: (1) Wye Oak's August 31 Motion Papers; and (2) the September 1 Order, to Defendants' duly authorized representative within the Government of Iraq.

8. Defendants apparently are not aware of either Wye Oak's Motion, or the September 1 Order because all Iraq government offices are closed for the Eid Al-Adha holiday (*see* paragraph 4, *supra*).  In any event, Defendants have not communicated to Withdrawn Counsel any position concerning either Wye Oak's August 31 Motion or the September 2 Order.

9. Because Defendants are no longer effectively communicating with Withdrawn Counsel with respect to the substance of this case, it is now the view of Withdrawn Counsel that Withdrawn counsel are no longer able to serve as an effective communications conduit between the Court, the Plaintiff, and the Defendants.

10. Accordingly, Withdrawn Counsel today are filing their Notice of Withdrawal of Appearance.

11. Because Withdrawn Counsel no longer represent Defendants in this matter and cannot speak for Defendants, Withdrawn Counsel respectfully advise the Court that Withdrawn Counsel do not intend to appear at the September 6 Status Conference.  In any event, Mr. Reilly

[THIS SPACE INTENTIONALLY LEFT BLANK]

has conflicting obligations in another court on that date and Mr. Mills is out of the country, circumstances that preclude each of their appearances.

Dated:  5th day of September 2017.

Respectfully submitted,

**MAGGS & MCDERMOTT, LLC**

By:        /s/ Timothy B. Mills
Timothy B. Mills
D.C. Bar No. 425209
910 17th Street, N.W.
Washington, DC  20006
Telephone:  (202) 457-8090
Fax: (202) 478-5081
TimothyBMills@aol.com
*Co-Lead Counsel for Defendant Republic of Iraq*

By:        /s/ Craig C. Reilly
Craig C. Reilly
D.C. Bar No. 383594
111 Oronoco Street
Alexandria, Virginia 22314
Telephone: (703) 549-5354
Fax: (703) 549-2604
Email: craig.reilly@ccreillylaw.com
*Co-Lead Counsel for Defendant Republic of Iraq*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September 2017, I electronically transmitted the foregoing paper to the Clerk of the Court using the ECF System for filing, who will transmit a Notice of Electronic Filing to the following ECF registrant counsel for Plaintiff:

John H. Quinn Jr.
jhq@qrglawfirm.com
Quinn, Racusin & Gazzola Chartered
1667 K Street N.W., Suite 720
Washington , D.C. 20006
Telephone: (202) 842-9300
Facsimile: (202) 682-0148
*Counsel for Plaintiff*

Robert J. Pavich, *Pro Hac Vice*
John J. Pavich, *Pro Hac Vice*
PAVICH LAW GROUP, P.C.
20 S. Clark Street
Suite 700
Chicago, IL 6063
Telephone: (312) 782-8500
Facsimile: (312) 853-2187
rpavich@pavichlawgroup.com
jpavich@pavichlawgroup.com
*Co-Counsel for Plaintiff*

Charles Allen Foster
Whiteford Taylor & Preston LLP
1025 Connecticut Avenue, Suite 400
Washington, DC 20036
Telephone: (202) 689-3153
Facsimile: (202) 331-0573
Email: cafoster@wtplaw.com
*Counsel for Plaintiff*

Eric C. Rowe
Whiteford Taylor & Preston LLP
1025 Connecticut Avenue, Suite 400
Washington, DC 20036
Telephone: (202) 659-6787
Facsimile: (202) 689-3164
erowe@wtplaw.com
*Counsel for Plaintiff*

    /s/ Craig C. Reilly