UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WYE OAK TECHNOLOGY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 10-cv-1182-RCL |
| ) | |
| REPUBLIC OF IRAQ, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

The Court held a status conference this date, September 6, 2017. Plaintiff appeared by counsel. Defendants Republic of Iraq and Ministry of Defense for the Republic of Iraq did not appear. For the reasons articulated at the status conference, the Court will hold a hearing on all pending motions in the above captioned case, including plaintiff's motion [ECF No. 160] to vacate the current scheduling order, plaintiff's motion [ECF No. 164] to modify the docket, and plaintiff's emergency motion [ECF No. 166] for an anti-suit injunction against defendant Republic of Iraq and to quash Iraq's summons for lack of appropriate process and jurisdiction, at 11:00 a.m. on Wednesday, September 13, 2017 in Courtroom 15 of the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

Having previously allowed counsel for defendants Republic of Iraq and Ministry of Defense for the Republic of Iraq—law firm Maggs & McDermott LLC and attorneys Timothy B. Mills and Craig C. Reilly—to withdraw from the case without substitution, and having previously ordered defendants Iraq and Ministry of Defense to obtain substitute counsel for all purposes in this action, ECF No. 157, and Iraq having represented to the Withdrawn Counsel (as well as this Court) that they intend to respond to this action and select counsel for representation in this case,

the Court expects defendants to appear by counsel for the above ordered motions hearing on Wednesday, September 13, 2017. Failure by defendants Republic of Iraq or Ministry of Defense for the Republic of Iraq to appear by counsel will result in the entry of default against them at the September 13 hearing.

Plaintiff is hereby **ORDERED** to promptly send copies of this order by either USPS priority express or UPS (excluding FedEx) to the Embassy of the Republic of Iraq in Washington, D.C. at 3421 Massachusetts Avenue, N.W., Washington D.C. 20007, as well as the Consular Section of the Embassy of the Republic of Iraq at 1801 P Street N.W., Washington, D.C. 20036.

Plaintiff is further **ORDERED** to promptly send copies of this order to the Ministry of Foreign Affairs of the Republic of Iraq in Baghdad.

Plaintiff is further **ORDERED** to promptly send copies of this order to Withdrawn Counsel, law firm Maggs & McDermott LLC and attorneys Timothy B. Mills and Craig C. Reilly.

Plaintiff is further **ORDERED** to promptly send copies of this order to Mr. Richard C. Visek, the Acting Legal Advisor at the United States Department of State, as well as to Mr. Chad A. Readler, the Acting Assistant Attorney General for Civil Division at the United States Department of Justice, and to the Honorable Channing D. Phillips, the United States Attorney for the District of Columbia.

As noted at the status conference held this date, this Court expects to rule on the pending motions at the motions hearing on September 13, 2017.

**It is so ORDERED.**

_____
Royce C. Lamberth
United States District Judge

DATE: 9/6/17