IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                              )
WYE OAK TECHNOLOGY, INC.                      )
                                              )
                    Plaintiff,                )
                                              )
            v.                                )       Case No. 10-cv-1182 RCL
                                              )
REPUBLIC OF IRAQ *et al.*,                    )
                                              )
                    Defendants.               )
_____)

**NOTICE BY THE UNITED STATES OF POTENTIAL PARTICIPATION**

On September 6, 2017, this Court issued an order scheduling a hearing on September 13,

2017 on all pending motions in the above-captioned case, including plaintiff's emergency motion

for an anti-suit injunction against defendant the Republic of Iraq and to quash Iraq's summons to

appear in Iraqi court.  ECF No. 172.  The Court further ordered plaintiff to send copies of this

order to, *inter alia*, Richard C. Visek, Acting Legal Advisor at the United States Department of

State; Chad A. Readler, Acting Assistant Attorney for the Civil Division of the Department of

Justice; and Channing D. Phillips, the United State Attorney for the District of Columbia.  *Id.*

The United States is considering whether to file a Statement of Interest in this action

pursuant to 28 U.S.C. § 517.  That statute authorizes the Attorney General of the United States to

send any officer of the Department of Justice to "attend to the interests of the United States in a

suit pending in a court of the United States, or in the courts of a State, or to attend to any other

interest of the United States."  *Id.*

The process for deciding whether to file a Statement of Interest involves coordination

among multiple government agencies and the approval of the U.S. Department of Justice through

the Acting Assistant Attorney General for the Civil Division.  The United States expects to

complete its deliberations and, should it decide to participate, to submit a Statement of Interest

no later than October 27, 2017.  By that date, the United States intends to either advise the Court

that it has decided not to participate at this stage of the litigation, or file a substantive

memorandum pursuant to 28 U.S.C. § 517 setting forth its interest with respect to the matters at

issue in this case.

      The United States thanks the Court for bringing this matter to the Government's

attention.

      Respectfully submitted this 12th day of September, 2017.

CHAD A. READLER
Acting Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

ANTHONY J. COPPOLINO
Deputy Director

  */s/ Lynn Y. Lee*
LYNN Y. LEE
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, D.C. 20530
Tel: (202) 305-0531
Fax: (202) 616-8470
Email: lynn.lee@usdoj.gov

*Attorneys for the United States*