UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WYE OAK TECHNOLOGY, INC.,           )
          Plaintiff,                )
                                    )
     v.                             )   Civil No. 1:10-cv-01182-RCL
                                    )
REPUBLIC OF IRAQ, et al.,           )
          Defendants.               )

## ORDER

The Court **ORDERS** that the pretrial conference shall be scheduled for December 7, 2018 at 10:00 a.m.

In an effort to best accommodate the schedules of the parties involved in this case and the parties' witnesses, the Court **ORDERS** that trial shall begin on December 17, 2018 at 10:00 a.m. Trial is expected to last for five days. The Court reserves the ability to set the trial for an earlier date subject to the trial in *U.S. v. Slatten*, the availability of the parties in this case, and the travel arrangements of the parties' witnesses in this case.

SIGNED this 18th day of September, 2018.

_____
Royce C. Lamberth
United States District Judge