UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WYE OAK TECHNOLOGY, INC., <br> Plaintiff, <br><br> v. <br><br> REPUBLIC OF IRAQ *et al.*, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil No. 1:10-cv-01182-RCL <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Upon review of plaintiff's submission, ECF No. 457, the Court requests that Dr. Gale provide supplemental information on his discounted damages calculations. Specifically, Dr. Gale should provide the formulas and variables used in his calculations, as well as explanations of their relevance, within seven days of this date.

Any comments by defendants regarding the proposed judgment or these calculations shall be due within seven days thereafter.

It is **SO ORDERED**.

SIGNED this 18th day of September, 2019.

Royce C. Lamberth
United States District Judge