UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WYE OAK TECHNOLOGY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE REPUBLIC OF IRAQ )<br>    And )<br>MINISTRY OF DEFENSE OF THE )<br>REPUBLIC OF IRAQ )<br>)<br>Defendants. )<br>) | Civil No. 10-cv-1182 (RCL) |

## RESPONSE TO THE COURT'S ORDER [ECF 458] FOR SUPPLEMENTAL MATERIALS

On September 18, 2019, the Court ordered Plaintiff Wye Oak Technology, Inc. to submit additional information related to his discounted damages calculations.  ECF No. 458.  The Court specifically requested "formulas and variables used in his calculations, as well as explanations of their relevance. . . ."  *Id.*  Pursuant to the Court's Order, Wye Oak hereto attached Dr. Gale's letter dated September 24, 2019, containing the variables and formulas used to create his calculations and an explanation of their significance.  Dr. Gale is available for a telephonic or in-person hearing should the Court request further clarification.

Because of a rounding error in his previous calculation, Dr. Gale found a small variance between his old calculations and his new calculations causing a slight difference in daily interest rate charges, Wye Oak also includes an updated proposed Final Order and Judgement and proposed Final Findings of Fact.

Dated: September 25, 2019

1

Respectfully submitted,

    /s/ Adrian F. Snead
C. Allen Foster (D.C. Bar No. 411662)
Eric C. Rowe (D.C. Bar No. 466182)
Erik D. Bolog (D.C. Bar No. 433614)
Adrian Snead (D.C. Bar No. 1531946)
Whiteford, Taylor & Preston LLP
1800 M St., NW, Suite 450N
Washington, DC 20036
cafoster@wtplaw.com
erowe@wtplaw.com
ebolog@wtplaw.com
asnead@wtplaw.com
Telephone: (202) 659-6800
Facsimile: (202) 331-0573

Robert J. Pavich, Pro Hac Vice
Jeffrey A. Leon, Pro Hac Vice
PAVICH LAW GROUP, P.C.
30 West Monroe 13th Floor
Chicago, Illinois 60603
rpavich@pavichlawgroup.com
jpavich@pavichlawgroup.com
(312) 690-8400 (Telephone)
(312) 853-8401 (Facsimile)

John H. Quinn, Jr. (D.C. Bar No. 34959)
Patrick R. Klemz (D.C. Bar No. 1440705)
Quinn, Racusin & Gazzola Chartered
888 17th Street, N.W., Suite 640
Washington, D.C. 20006-3325
(202) 842-9300 (telephone)
(202) 682-0148 (facsimile)
jhq@qrglawfirm.com
pmk@qrglawfirm.com