UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WYE OAK TECHNOLOGY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> REPUBLIC OF IRAQ, et al., ) <br> ) <br> Defendants. ) | Civil No. 1:10-cv-01182-RCL |

### MOTION TO WITHDRAW AS DEFENDANTS' COUNSEL OF RECORD

Counsel for Defendants Republic of Iraq ("Iraq") and the Ministry of Defense of the Republic of Iraq ("MoD") (collectively, "Defendants"), the law firms: (i) Mills Law Group LLP ("Mills Law Group") and its attorney Timothy B. Mills, and (ii) the law firm Dimuro Ginsberg P.C. ("DiMuro Ginsberg") and its attorneys Bernard DiMuro, Jonathan Mook and Stacey Harris (collectively, the "Defendants' Withdrawing Counsel"), hereby respectfully move this Court to grant the withdrawal of Defendants' Withdrawing Counsel as counsel for Defendants for all purposes in this action.

As good cause shown in support of this Motion, Defendants' Withdrawing Counsel show as follows.

1. On or about September 20, 2019, Defendants engaged the law firm Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") as co-counsel for Defendants in this action.

2. On December 12, 2019, Cleary Gottlieb attorney Nowell David Becket Bamberger appeared as co-counsel for Defendants in this action. *See* [ECF #470] (Notice of Appearance of Cleary Gottlieb attorney Nowell David Becket Bamberger). Subsequently,

Cleary Gottlieb attorney Boaz S. Morag also appeared as counsel for Defendants in this action. *See* Docket (attorneys of record for Defendants Iraq and MoD).

3. On September 2, 2020, the Ministry of Justice of the Republic of Iraq designated Cleary Gottlieb as lead counsel for Defendants in this action.

4. On August 17, 2021, the Court issued its Memorandum Decision [ECF #516] and Judgment [ECF #517] with respect to Plaintiff Wye Oak Technologies, Inc. ("Wye Oak") motion for attorneys fees. No other matters remain pending in this Court.

5. Defendants have consented to the withdrawal of Defendants' Withdrawing Counsel. *See* Exhibit 1.

6. The aforementioned attorneys of Cleary Gottlieb: (1) continue as counsel for Defendants in this action (*see* Docket); and (ii) serve as lead counsel for Defendants-Appellants in the pending appeal (*see* Dockets, U.S. Court of Appeals for the D.C. Circuit Appeals Nos. 19-7162 and 19-7169).

For the good cause stated above, Defendants' Withdrawing Counsel ask that the Court to grant the withdrawal of Defendants' Withdrawing Counsel as counsel of record for Defendants for all purposes in this action.

A proposed order is attached to this motion.

## L.Cv.R. 83.6(c) CERTIFICATE

Defendants' Withdrawing Counsel provided Defendants with the Motion to Withdraw, prior to filing, through email to the Minister of Justice (MoJ) of the Republic of Iraq and the Director General of the MoJ Legal Department. Defendants subsequently provided Defendants' Withdrawing Counsel with their formal written consent to withdrawal (Exhibit 1). Defendants

Withdrawing Counsel provide Defendants with the filed Motion to Withdraw through ECF to Defendants' continuing counsel Cleary Gottlieb.

### **L.Cv.R. 7(m) CERTIFICATE**

On Thursday, August 19, 2021, pursuant to L.Cv.R. 7(m), Defendants' withdrawing counsel Timothy B. Mills conferred by email with Plaintiff's counsel Whiteford Taylor & Preston LLP ("Whiteford Taylor"), Quinn, Racusin & Gazzola Chartered ("Quinn, Racusin") and Pavich Law Group, P.C. On August 19-20, 2021, each of Plaintiff's counsel (Whiteford Taylor lead counsel C. Allen Foster, Quinn, Racusin counsel Patrick M. Klemz, and Pavich Law Group counsel Jeffrey Leon) stated that Plaintiff does not oppose the withdrawal of Defendants' Withdrawing Counsel.

Dated: 1 September 2021.                                             Respectfully submitted,

| | |
|---|---|
| By:     **MILLS LAW GROUP LLP**<br>/s/ Timothy B. Mills<br>Timothy B. Mills<br>D.C. Bar No. 425209<br>800 Connecticut Avenue N.W., Suite 300<br>Washington, DC  20006<br>Telephone:  (202) 457-8090<br>Fax: (202) 478-5081<br>timothy.mills@mills-lawgrp.com<br>*Co- Counsel for Defendants Republic of Iraq and Ministry of Defense of the Republic of Iraq* | **By:  DiMURO GINSBERG P.C.**<br>*/s/ Jonathan Mook*<br>Bernard J. DiMuro (D.C. Bar No. 393020)<br>Stacey Rose Harris (D.C. Bar No. 486358)<br>Jonathan R. Mook (D.C. Bar No. 929406)<br>DiMuroGinsberg, P.C.<br>1101 King Street, Suite 610<br>Alexandria, VA 22314<br>(703) 684-4333<br>(703) 548-3181 (fax)<br>bdimuro@dimuro.com<br>sharris@dimuro.com<br>jmook@dimuro.com<br>*Co- Counsel for Defendants Republic of Iraq and Ministry of Defense of the Republic of Iraq* |

`

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of September 2021, I electronically transmitted the foregoing pleading or paper to the Clerk of the Court using the ECF System for filing, who will transmit a Notice of Electronic Filing to the ECF registrant counsel for the parties.

| | |
|---|---|
| John H. Quinn Jr.<br>Quinn, Racusin & Gazzola Chartered<br>888 17th Street N.W., Suite 640<br>P.O. Box 65778<br>Washington, D.C. 20006-3325<br>Telephone: (202) 842-9300<br>Facsimile: (202) 682-0148<br>Email: jhq@qrglawfirm.com<br>*Counsel for Plaintiff* | Robert J. Pavich<br>Pavich Law Group, P.C.<br>30 West Monroe Street, Suite 1310<br>Chicago, IL 60603<br>Telephone: (312) 690-8400<br>Fax: (312) 690-8401<br>Email: rpavich@pavichlawgroup.com<br>*Counsel for Plaintiff* |
| Patrick M. Klemz<br>Quinn, Racusin & Gazzola Chartered<br>888 17th Street, N.W., Suite 640<br>Washington, DC 20006-3325<br>Telephone: (202) 842-9300<br>Facsimile: (202) 682-0148<br>Email: pmk@qrglawfirm.com<br>*Counsel for Plaintiff* | Jeffrey A. Leon<br>Pavich Law Group, P.C.<br>30 West Monroe Street<br>Suite 1310<br>Chicago, IL 60603<br>Telephone: (312) 690-8400<br>*Counsel for Plaintiff* |
| Charles Allen Foster<br>Erik Bolog<br>Whiteford Taylor & Preston LLP<br>1800 M Street, N.W., Suite 450N<br>Washington, D.C. 20036<br>Telephone: (202) 689-3153<br>Facsimile: (202) 331-0573<br>Email: cafoster@wtplaw.com<br>*Counsel for Plaintiff* | Nowell David Beckett Bamberger<br>Cleary Gottlieb Steen & Hamilton LLP<br>2112 Pennsylvania Avenue, N.W., Suite 1000<br>Washington, DC 20037<br>Telephone: (202) 974-1500<br>Fax: (202) 974-1999<br>Email: nbamberger@cgsh.com<br>*Counsel for Defendants Republic of Iraq and Ministry of Defense of Republic of Iraq* |
| Eric C. Rowe<br>Whiteford Taylor & Preston LLP<br>1800 M Street, N.W., Suite 450N<br>Washington, DC 20036<br>Telephone: (202) 659-6787<br>Fax: (202) 689-3164<br>Email: erowe@wtplaw.com | Boaz S. Morag<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Telephone: (212) 225-2894<br>Fax: (212) 225-3999<br>Email: bmorag@cgsh.com |

**EXHIBIT 1**

**Defendants Iraq and MoD Consent to Withdrawal of**

**Mills Law Group LLP, DiMuro Ginsberg P.C. and Their Attorneys**

**CONSENT TO WITHDRAWAL OF MILLS LAW GROUP LLP AND
DiMURO GINSBERG P.C. AS COUNSEL FOR DEFENDANTS
REPUBLIC OF IRAQ AND MINISTRY OF DEFENSE IN THE ACTIONS**
*Wye Oak Technology, Inc. v. Republic of Iraq et al.*
**(U.S. District Court for the District of Columbia Civil Action No. 1:10-cv-01182-RCL)**
and
*Republic of Iraq et al. v. Wye Oak Technology, Inc.*
**(U.S. Court of Appeals for the District of Columbia Appeals Nos. 19-7162 and 19-7169)**

### Background

1. The law firms Mills Law Group LLP ("Mills Law Group") and DiMuro Ginsberg P.C. ("DiMuro Ginsberg") (the "Law Firms") currently represent Defendants Republic of Iraq ("Iraq") and the Ministry of Defense of the Republic of Iraq ("MoD") (collectively, "Defendants") in the pending civil action *Wye Oak Technology, Inc. v. Republic of Iraq et al.* (U.S. District Court for the District of Columbia Civil Action No. 1:10-cv-01182-RCL) (the "Pending Action") and the appeals *Republic of Iraq et al. v. Wye Oak Technology, Inc.* (U.S. Court of Appeals for the District of Columbia Appeals Nos. 19-7162 and 19-7169) (the "Pending Appeals").

2. The Law Firms currently are co-counsel of record for Defendants in the Pending Action.

3. The law firm Mills Law Group LLP currently is co-counsel of record for Defendants in the Pending Appeal.

4. In 2019, Defendants also engaged the law firm Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb) to also represent Defendants in the Pending Action and Pending Appeals, and has instructed Mills Law Group, DiMuro Ginsberg and Cleary Gottlieb that Cleary Gottlieb is lead counsel in the Pending Action and Pending Appeals. Cleary Gottlieb has entered its appearance as counsel of record for Defendants in the Pending Action and Pending Appeals and is serving as lead counsel in the Pending Action and Pending Appeals.

4. The Law Firms: (i) have given notice to Defendants that the law firms will move to withdraw as soon as practicable from any further representation of Defendants in the Pending Action and the Pending Appeals (the "Withdrawal); and (ii) have requested Defendants' consent to the Withdrawal (the "Withdrawal Request").

5. Each Defendant has considered and consents to the Withdrawal Request.

## CONSENT TO WITHDRAWAL

Defendants Iraq and MoD hereby consent to the immediate withdrawal, for all purposes, of the law firms Mills Law Group and DiMuro Ginsberg as counsel for Defendants in the Pending Action and the Pending Appeal ("Consent to Withdrawal").

Defendants Iraq and MoD hereby authorize the Law Firms to file this Consent to Withdrawal with the United States District Court for the District of Columbia and the United States Court of Appeals for the District of Columbia Circuit as part of the Law Firms' respective motions to withdraw, for all purposes, as counsel for Defendants.

| REPUBLIC OF IRAQ | MINISTRY OF DEFENSE OF THE REPUBLIC OF IRAQ |
|---|---|
| By [signature] | By [signature] |
| Printed Name Hanan Munther Nisaef | Printed Name Ali Talib Kassim |
| Title: General Director of Legal Department | Title: Assistant of General Director of Legal Department |
| Dated: 26th of August, 2021 | Dated: _____ |
| [seal] | [seal] |