UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WYE OAK TECHNOLOGY, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> REPUBLIC OF IRAQ and MINISTRY OF DEFENSE OF THE REPUBLIC OF IRAQ, <br><br> *Defendants.* | Case No. 1:10-cv-1182-RCL |

## ORDER AND FINAL JUDGMENT AFTER REMAND

The Circuit vacated the Court's previous Judgment [466] and Amended Judgment [483-1] and remanded the case to determine whether subject-matter jurisdiction exists based on the clause three of 28 U.S.C. § 1605(a)(2). *See Wye Oak Tech. v. Republic of Iraq*, 24 F.4th 686, 704 (D.C. Cir. 2022). In its Memorandum Opinion [552], the Court confirmed that subject-matter jurisdiction exists under Section 1605(a)(2)'s third clause.

Therefore, for the reasons stated in that Memorandum Opinion, as well as the Court's previous Memorandum Opinion [455], this Court hereby

**ENTERS JUDGMENT** in favor of plaintiff Wye Oak Technology, Inc., against defendants Republic of Iraq and the Ministry of Defense of Iraq, jointly and severally, in the amount of $120,742,030.78, comprised of the final judgment amount of $120,338,393.71, plus $10,909.11 per day for each day after October 9, 2019 through and including November 15, 2019, the date of entry of Judgment. The judgment set forth herein shall accrue interest from November 15, 2019 at the legal rate pursuant to 28 U.S.C. § 1961 of 1.58%, and shall be computed daily and compounded annually until paid in full.

**IT IS SO ORDERED.**

SIGNED this \_\_\_20th\_\_\_ day of December, 2022.

*Royce C. Lamberth*
Royce C. Lamberth
United States District Judge