IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WYE OAK TECHNOLOGY, INC. <br><br> Plaintiff <br><br> v. <br><br> REPUBLIC OF IRAQ and MINISTRY OF DEFENSE OF THE REPUBLIC OF IRAQ, <br><br> Defendants. | Civil No. 1:10-cv-1182 (RCL) |

**DEFENDANTS' CONSENT MOTION TO EXTEND TIME TO FILE RESPONSE AND REPLY TO PLAINTIFF'S MOTION TO AMEND ORDER AND JUDGMENT [ECF 553] AS TO PRE- AND POST-JUDGMENT INTEREST**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and with the consent of Plaintiff Wye Oak Technology, Inc. ("Wye Oak"), Defendants Republic of Iraq ("Iraq") and Ministry of Defense of the Republic of Iraq ("MoD") (collectively, "Defendants") respectfully request that the time in which Defendants must submit their Response to Wye Oak's Motion to Amend Order and Judgment [ECF 553] as to Pre- and Post-Judgment Interest, dated January 17, 2023 (ECF No. 554) (the "Motion to Amend"), be extended by one week to February 7, 2023 and the time in which Wye Oak must submit its Reply to Defendants' Response be extended by one week to February 21, 2023.

Wye Oak filed its Motion to Amend on January 17, 2023.  Under Local Rules 7(b) and (d), respectively, Defendants' Response would otherwise be due on January 31, 2023 and Wye Oak's Reply on February 7, 2023.  In light of the issues raised in Wye Oak's Motion to Amend and other filing deadlines and case commitments of Defendants' counsel, good cause exists for this extension.

WHEREFORE, good cause having been shown, Defendants request the time for submitting their Response be extended for one week, to and including February 7, 2023, and the time for Wye Oak to submit its Reply be extended for one week, to and including February 21, 2023.

Dated: January 23, 2023

                                                   Respectfully submitted,

*/s/ Boaz S. Morag*
Boaz S. Morag, *pro hac vice*
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Email: bmorag@cgsh.com

Nowell D. Bamberger (D.C. Bar # 989157)
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
Email: nbamberger@cgsh.com

*Counsel for Defendants*