## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WYE OAK TECHNOLOGY, INC.,

    *Plaintiff,*

v.                                                                  **Case No. 1:10-cv-1182-RCL**

REPUBLIC OF IRAQ and MINISTRY OF
DEFENSE OF THE REPUBLIC OF
IRAQ,

    *Defendants.*

### ORDER

In an Opinion dated July 16, 2024, the D.C. Circuit held that the Foreign Sovereign Immunities Act's commercial exception did not apply in this case, rendering Iraq immune from suit. *Wye Oak Tech., Inc. v. Republic of Iraq*, 109 F.4th 509, 511 (D.C. Cir.). As a result, the Circuit held that this Court lacked jurisdiction over the case, vacated its judgment, and remanded for dismissal. *Id.* The Circuit's Mandate issued on October 25, 2024. ECF No. 602. On January 14, 2025, Plaintiff Wye Oak Technology, Inc. filed a petition for a writ of certiorari in the United States Supreme Court. That petition was denied on November 10, 2025. 146 S. Ct. 396 (2025).

In light of the Supreme Court's denial of Plaintiff's petition, the Court will implement the D.C. Circuit's Mandate and dismiss the case.

**IT IS SO ORDERED.**

Date: _4-30-26_                                               Royce C. Lamberth
                                               United States District Judge

1